IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMONE T. PARKER, Individually and as Special Administrator of the ESTATE OF TONYA L. DRAPEAU, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, ex rel.; THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE, WINNEBAGO HOSPITAL, VISTA STAFFING SOLUTIONS, INC., NEVINE MAHMOUD, M.D.; ROBIN HARRIS, R.N.; and DENA NEIMAN, N.P.;<br><br>Defendants. | 8:18CV123<br><br>ORDER |

This matter is before the Court upon Plaintiff's Motion for Leave to Serve Defendant Robin Harris, R.N. by Publication (Filing No. 25). Plaintiff requests a court order directing that service be had upon Robin Harris, R.N., by publication in the manner and form provided by the statutes of the State of Nebraska.

Upon the Court's review of the motion and affidavit (Filing No. 25-1), the Court finds that Plaintiff and her attorneys, after making diligent investigation and inquiry, are unable to ascertain and do not know the whereabouts, if in this state, or the residence or place of abode of said Defendant, Robin Harris, R.N., and that service of service cannot be made with reasonable diligence by any other method provided by law. See Neb. Rev. Stat. § 25-517.02. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Serve Defendant Robin Harris, R.N. by Publication (Filing No. 25) is granted, and that service be had by publication upon Defendant Robin Harris, R.N., pursuant to by publication in the manner and form provided by the statutes of the State of Nebraska, as authorized by Federal Rule of Civil Procedure 4(e)(1).

DATED this 11th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge