# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMONE T. PARKER, Individually and as Special Administrator of the Estate of Tonya L. Drapeau, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, VISTA STAFFING SOLUTIONS, INC., NEVINE MAHMOUD, M.D., and ROBIN HARRIS, R.N.,<br><br>Defendants. | 8:18CV123<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion to Compel (Filing No. 137). Plaintiff requests an order compelling defendants Nevine Mahmoud, M.D., and Vista Staffing Solutions to produce "full and complete copies of any and all applicable insurance policies effective in March 2016" pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure and Plaintiff's Request for Production of Documents No. 25. (Filing No. 138). The defendants did not respond to the motion, which is now ripe for disposition. See NECivR 7.1(b). The Court will grant the motion.

Rule 26(a)(1)(A)(iv) provides that "a party must, without awaiting a discovery request, provide to the other parties . . . for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment." Fed. R. Civ. P. 26(a)(1)(A)(iv). Plaintiff's Request for Production No. 25 to Dr. Mahmoud and Vista Staffing also specifically requests production of "a copy of all insurance policies, including excess insurances policies, and their corresponding declaration pages, that provided insurance to any of the Defendants for any of the events or matters alleged in Plaintiff's Amended Complaint." (Filing No. 138 at p. 2). According to Plaintiff, Dr. Mahmoud and Vista Staffing "have provided a one-page declarations page and a copy of a policy for 'Envision Healthcare Corporation' wherein neither Dr. Mahmoud or Vista are identified as a named insured or an additional insured" and have otherwise not provided the complete policies that were in effect in March 2016. (Filing No. 138 at p. 2). Plaintiff requests that these defendants provide the full and complete copies of the insurance policies and declarations pages for Dr. Mahmoud and Vista that were in effect in March

2016.  The defendants have not responded to this motion to compel, and upon review of Plaintiff's claims and the instant motion, the Court finds Plaintiff's request is facially relevant and within the scope of discovery.  Accordingly,

**IT IS ORDERED:**  Plaintiff's Motion to Compel ([Filing No. 137](Filing No. 137)) is granted.  On or before **August 27, 2019**, defendants Nevine Mahmoud, M.D., and Vista Staffing Solutions shall produce the full and complete copies of any and all applicable insurance policies effective in March 2016 to Plaintiff.

Dated this 13th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge