IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMONE T. PARKER, Individually and as Special Administrator of the Estate of Tonya L. Drapeau, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE, WINNEBAGO HOSPITAL, VISTA STAFFING SOLUTIONS, INC., NEVINE MAHMOUD, M.D.; ROBIN HARRIS, R.N.; and DENA NEIMAN, N.P.;<br><br>Defendants. | 8:18-CV-123<br><br>**ORDER** |

      This matter is before the Court on Plaintiff's and defendant Robin Harris, R.N.'s Joint Stipulation and Motion for Dismissal (Filing 234). Pursuant to Federal Rule of Civil Procedure 21, Plaintiff's claims against Robin Harris are dismissed with prejudice, each party to bear its own costs and fees. The Clerk of the Court is directed to terminate Robin Harris, R.N., as a party to this case.

      Dated this 19th day of August, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge