IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMONE T. PARKER, Individually and as Special Administrator of the Estate of Tonya L. Drapeau, deceased; | **8:18-CV-123** |
| Plaintiff, | |
| vs. | **ORDER** |
| THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, INDIAN HEALTH SERVICE, WINNEBAGO HOSPITAL, VISTA STAFFING SOLUTIONS, INC., NEVINE MAHMOUD, M.D; and DENA NEIMAN, N.P.; | |
| Defendants. | |

This matter is before the Court on Plaintiff's and defendant the United States of America's Joint Stipulation and Motion for Dismissal with Prejudice (Filing 237). Pursuant to Federal Rule of Civil Procedure 21, Plaintiff's claims against the United States of America are dismissed with prejudice, each party to bear its own costs and fees. The Clerk of the Court is directed to terminate the United States of America as a party to this case.

Dated this 25th day of August, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge