# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SAMONE T. PARKER, Individually and as Special Administrator of the Estate of Tonya L. Drapeau, deceased;** | **8:18CV123** |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **VISTA STAFFING SOLUTIONS, INC., and NEVINE MAHMOUD, M.D.;** | |
| **Defendants.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **March 15, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 15th day of January, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge