IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMONE T. PARKER, Individually and as Special Administrator of the Estate of Tonya L. Drapeau, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>VISTA STAFFING SOLUTIONS, INC., and NEVINE MAHMOUD, M.D.<br><br>Defendants. | 8:18-CV-123<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing 264. Pursuant to Federal Rule of Civil Procedure 21, all claims and causes of action asserted in the present matter are dismissed with prejudice, each party to bear its own costs and fees. This case is terminated.

Dated this 17th day of May, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge